ADAM PAUL LAXALT
Attorney General
BRANDON R. PRICE
Deputy Attorney General
Nevada Bar No. 11686
bprice@ag.nv.gov
Bureau of Litigation, Personnel Division
5420 Kietzke Lane, Suite 202
Reno, NV 89511
Tel: 775-687-2121
Fax: 775-688-1822
*Attorneys for Defendant, NDOC*

PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
psp@paulpaddalaw.com
RUTH L. COHEN, ESQ.
Nevada Bar No. 1782
rlc@paulpaddalaw.com
Paul Padda Law, PLLC
4240 W. Flamingo Road, Suite 220
Las Vegas, NV 89103
*Attorneys for Plaintiff, Bonnie Swadling*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONNIE SWADLING,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE OF NEVADA DEPARTMENT OF CORRECTIONS,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-01588-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT NDOC TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR COSTS**<br><br>**(First Request)** |

Plaintiff, Bonnie Swadling, and Defendant, State of Nevada, ex rel its Department of Corrections, by and through their respective attorneys, hereby stipulate and agree to extend Defendant's time to file a reply to Plaintiff's Opposition to Defendant's Motion for Costs by one (a) week, up to and including Monday, April 10, 2017. The current deadline for Defendant's reply is April 3, 2017.

/ / /

/ / /

/ / /

-1-

An extension is necessary due to Defense counsel being out of state and not due to return to the office until April 3, 2017.  This Stipulation is made in good faith and not for purposes of delay.

   RESPECTFULLY SUBMITTED this 28th day of March, 2017.

BY:  /s/ Paul S. Padda  
 RUTH L. COHEN, ESQ.  
 PAUL S. PADDA, ESQ.  
 Paul Padda Law, PLLC  
 4240 W. Flamingo Road, Suite 220  
 Las Vegas, NV 89103  
 *Attorneys for Plaintiff*

BY: /s/ Cameron P. Vandenberg for  
 BRANDON R. PRICE  
 Deputy Attorney General  
 Attorney General's Office  
 5420 Kietzke Lane, Suite 202  
 Reno, NV 89511  
 *Attorneys for Defendant*

IT IS SO ORDERED:

_____  
UNITED STATES DISTRICT JUDGE  
Dated: March 29, 2017.